

A CERTIFIED TRUE COPY

JUL 16 2007

ATTEST *Thomas ...........*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 8 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1850

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 16 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

07-CV-00575-RCPT

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1850
## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE  4  07-376 | Scott Stacey, et al. v. Nestle SA, et al. |
| **ARKANSAS WESTERN** | |
| ARW  4  07-4036 | Kirby Cooper v. Menu Foods Income Fund, et al. |
| ARW  5  07-5065 | Sandra L. Gray, et al. v. Menu Foods, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  07-1987 | Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al. |
| CAC  2  07-2060 | Dawn Howe v. Menu Foods Ltd., et al. |
| CAC  2  07-2253 | Lois Grady, et al. v. Menu Foods Income Fund, et al. |
| CAC  2  07-2338 | Kelly Finestone v. Menu Foods, Inc., et al. |
| CAC  2  07-2476 | Richard Chamberlain v. Nestle SA, et al. |
| CAC  2  07-2779 | Ken Wahl, et al. v. Menu Foods Income Fund, et al. |
| CAC  2  07-2964 | Jayne Englander, et al. v. Menu Foods Income Fund, et al. |
| CAC  5  07-398 | Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al. |
| **CALIFORNIA EASTERN** | |
| CAE  2  07-654 | Cheryl Carver v. Del Monte Foods Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  07-1809 | Sherry Ingles v. Menu Foods, Inc., et al. |
| CAN  3  07-2665 | Diane Lowery v. Menu Foods Income Fund, et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS  3  07-705 | Robert Payne, et al. v. Menu Foods, Inc., et al. |
| CAS  3  07-706 | Diane Swarberg v. Menu Foods Holding, Inc., et al. |
| CAS  3  07-734 | Hayley Ford, et al. v. Menu Foods Income Fund, et al. |
| CAS  3  07-951 | John Colliard v. Menu Foods, Inc., et al. |
| **COLORADO** | |
| CO  1  07-736 | Emily Tompkins v. Menu Foods Midwest Corp., et al. |
| **FLORIDA MIDDLE** | |
| FLM  2  07-235 | Maria Teresa Ferrarese v. Menu Foods, Inc., et al. |
| FLM  6  07-803 | George Birney, et al. v. Menu Foods, Inc. |
| **FLORIDA SOUTHERN** | |
| FLS  1  07-20955 | Stephen Donnelly, et al. v. Menu Foods, Inc., et al. |
| **IDAHO** | |
| ID  1  07-160 | Larry Klimes, et al. v. Menu Foods |
| **ILLINOIS NORTHERN** | |
| ILN  1  07-2162 | Heather Amro v. Menu Foods Income Fund, et al. |
| ILN  1  07-2183 | Gary Bruski v. Menu Foods, Inc., et al. |
| ILN  1  07-2211 | Raymond Demith, et al. v. Nestle Purina Petcare Co., et al. |
| ILN  1  07-2237 | Sonja Foxe v. Menu Foods, Inc., et al. |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                                    PAGE 2 OF 3

**DIST. DIV. C.A. #**                          **CASE CAPTION**

**MASSACHUSETTS**
  MA  1  07-10745                              Lidia Rodrigues v. Menu Foods, Inc., et al.
  MA  1  07-10797                              Megan Connerton, et al. v. Menu Foods Midwest Corp., et al.

**MAINE**
  ME  2  07-54                                 Mara Brazilian v. Menu Foods Income Fund, et al.

**MINNESOTA**
  MN  0  07-1808                               Stephanie Rozman v. Menu Foods Midwest Corp., et al.
  MN  0  07-2108                               Wendy Krosschell v. Menu Foods Income Fund, et al.

**MISSOURI WESTERN**
  MOW  3  07-5041                              Richard Schwinger v. Menu Foods, et al.

**MISSISSIPPI SOUTHERN**
  MSS  5  07-105                               Sarah Cavin v. Menu Foods, et al.

**NEVADA**
  ~~NV  2  07-686~~                            ~~Maragaret Picus v. Wal-Mart Stores, Inc., et al.~~       Opposed 7-16-07
  NV  3  07-159                                Marion Streczyn v. Menu Foods, Inc., et al.

**NEW YORK SOUTHERN**
  NYS  1  07-3236                              Mark Cashman, et al. v. Menu Foods Midwest Corp., et al.

**OHIO NORTHERN**
  OHN  1  07-1018                              Gregory Boehm v. Menu Foods, Inc., et al.

**PENNSYLVANIA MIDDLE**
  PAM  1  07-929                               Dixie Keller v. Menu Foods Ltd., et al.

**RHODE ISLAND**
  RI  1  07-115                                Carol Brown v. Menu Foods, Inc., et al.

**TENNESSEE EASTERN**
  TNE  3  07-98                                Barbara Light v. Menu Foods Income Fund

**WASHINGTON WESTERN**
  WAW  2  07-575  RSL                          Laura Migliore v. Menu Foods
  WAW  2  07-576  JCC                          Gail Moran v. Menu Foods
  WAW  2  07-577  RSL                          Sheryl Puett v. Menu Foods
  WAW  2  07-634  JCC                          Daniel Ray Reeves v. Menu Foods
  WAW  2  07-666  RSL                          Sheree A. Robinson v. Menu Foods
  WAW  2  07-667  MJP                          Phyllis A. Ullman v. Menu Foods
  WAW  2  07-668  JLR                          Elizabeth Palmer v. Menu Foods
  WAW  2  07-669  JLR                          Jason Labbate v. Menu Foods
  WAW  2  07-670  RSM                          Megan Whitt v. Menu Foods
  WAW  2  07-684  RSM                          Linda Weitz v. Menu Foods
  WAW  2  07-685  RSM                          Michelle Adams v. Menu Foods

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                                    PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WAW 2 07-686 | Lerae Dineen v. Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v. Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

WISCONSIN WESTERN

| | |
|---|---|
| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al. |

FILED
LODGED
RECEIVED   MAIL

JUL 23 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**William T. Walsh**
Clerk

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J. 07101-0419**

**CAMDEN OFFICE**
4th & Cooper Streets
P.O. Box 2797
Camden, N.J. 08101

**TRENTON OFFICE**
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

July 20, 2007

REPLY TO: CAMDEN

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

Re: MDL1850 In Re: Pet Food Products Liability Litigation

   District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

   Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring certain action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. Please see the attached list for the cases that pertain to your Court.

   If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

   Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

Sincerely,

WILLIAM T. WALSH, Clerk

s/Marcy Barratt
Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
   Clerk, Judicial Panel on Multidistrict Litigation